IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-02649-WYD-MJW

DONALD HEICHEL AND JUDY HEICHEL,

Plaintiff(s),

v.

UNITED STATES GOVERNMENT,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion for Entry of Stipulated Protective Order (docket no. 18) is GRANTED. The written Protective Order (docket no. 18-2) is APPROVED and made an Order of Court.

Date: March 13, 2009