Document saved to the K:/ Drive in PDF format on 05-13-09 by CM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02649-WYD-MJW

DONALD HEICHEL, and
JUDY HEICHEL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER (Docket No. 22)

---

Having reviewed the parties' Joint Motion to Amend Scheduling Order (Doc. 22) and finding good cause shown, the motion is GRANTED and it is hereby

ORDERED that the Scheduling Order is AMENDED as follows:

The affirmative expert disclosure is June 29, 2009;

The rebuttal expert disclosure deadline is July 29, 2009;

The discovery cut-off date is August 28, 2009;

The total number of experts per party is 18 (to include 10 treating and 8 retained);

The Settlement Conference set for May 20, 2009 is VACATED and the Settlement Conference is RESET for June 19, 2009, at 10:30 AM

901 19th Street 5th floor
Alfred A. Arraj U.S Courthouse
Denver, CO

08-cv-02649-WYD-MJW

DATED: May 12, 2009

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO