IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02649-WYD-MJW

DONALD HEICHEL AND JUDY HEICHEL,

Plaintiffs,

v.

UNITED STATES GOVERNMENT,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion for Plaintiff Judge Heichel to Participate in Settlement Conference by Telephone (Docket No. 27) is granted.  Plaintiff Judy Heichel may thus participate by telephone in the Settlement Conference set for June 19, 2009, at 10:30 a.m.

Date:   June 9, 2009