IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02649-WYD-MJW

DONALD HEICHEL, and
JUDY HEICHEL,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER ( Docket No. 32 )

---

Finding good cause shown, it is hereby ORDERED that the Joint Motion to Amend the Amended Minute Order (Doc. 32) is GRANTED. Further, it is ORDERED that the Amended Minute Order entered June 19, 2009 (Doc. 31) is further AMENDED as follows:

The Court's Order that the Settlement Agreement be confidential and that breach of said confidentiality be subject to an award of damages is hereby STRICKEN. The remainder of the Amended Minute Order (Doc. 31) remains in effect.

SIGNED AND DATED ON THIS 25th DAY OF June, 2009.

                                                BY THE COURT:

                                                s/Michael J. Watanabe

                                                US Magistrate Judge